IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 10-cv-01201-RPM

MARGARET L. BARTLETT,
Surviving Spouse of Steven Raymond Bartlett and
Personal Representative of the Estate of Steven Raymond Bartlett;
AMANDA M. SULLIVAN,
STEPHANIE R. BARTLETT, and
NATALIE LEE BARTLETT, surviving Daughters of Steven Raymond Bartlett,

       Plaintiffs,
v.

JAY SPENCER FONTENOT;
UNDERWOOD AERIAL PATROL, INC., a Texas Corporation, and
SPENCER AVIATION, LLC, a Texas Limited Liability Company,

       Defendants.

---

## ORDER SETTING SCHEDULING CONFERENCE

---

Pursuant to D.C.COLO.LCivR 16, it is

ORDERED that a scheduling conference will be held on **August 20, 2010, at 2:00 p.m.** in the Conference Room, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado. Counsel are directed to comply with the Instructions for Preparation of Scheduling Order which may be found at **http://www.cod.uscourts.gov/judges/judges.aspx** (Senior Judge Richard P. Matsch Procedures) and use the format provided with those instructions (Rev. 1/08). The proposed order (original only) on paper, shall be submitted directly to chambers by **4:00 p.m. on August 12, 2010.**

The conference is conducted with <u>lead counsel present in person</u>. No parties or representatives of parties will be permitted to attend.

Dated: July 8th, 2010

                                          BY THE COURT:
                                          s/Richard P. Matsch
                                          _____
                                          Richard P. Matsch, Senior District Judge